# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

RAH COLOR TECHNOLOGIES LLC,

          Plaintiff,

v.

QUAD GRAPHICS,

          Defendant.

Case No. 18-CV-87-JPS

**ORDER**

      On November 28, 2018, the parties filed a joint stipulation of dismissal of this action with prejudice and without costs or fees assessed to any party. (Docket #142). The Court will adopt that stipulation. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). All of the parties' pending motions to seal will be granted, (Docket #128, #131, #132, and #136), and all other pending motions will be denied as moot (Docket #115, #123, #129, and #139).

      Accordingly,

      **IT IS ORDERED** that the parties' joint stipulation of dismissal (Docket #142) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice** and without costs to any party;

      **IT IS FURTHER ORDERED** that the parties' motions to seal (Docket #128, #131, #132, and #136) be and the same are hereby **GRANTED**; and

      **IT IS FURTHER ORDERED** that all other pending motions (Docket #115, #123, #129, and #139) be and the same are hereby **DENIED as moot**.

Dated at Milwaukee, Wisconsin, this 29th day of November, 2018.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge